HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(916) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTINA LEE KARAMANOS, | CIV. NO.: 2:23-CV-02672-EFB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, that the above entitled action may be dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated:  April 22, 2024   /s/ *Joseph Fraulob*
                                            JOSEPH FRAULOB
                                            Attorney for plaintiff

Dated:  April 22, 2024   /s/ *Justin L. Martin*
                                            (As authorized via email April 22, 2024)
                                            JUSTIN L. MARTIN
                                            Special Assistant United States Attorney
                                            Attorney for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  May 23, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-1-